1  LAW OFFICE OF GREGORY P. CAVAGNARO          HONORABLE JOHN C. COUGHENOUR
   Gregory P. Cavagnaro, WSBA No. 17644
2  2155 – 112th Avenue NE
   Bellevue, WA 98004
3  (425) 637-2609 (t)

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

9  In re:                                          )
                                                   )
10 SIMONSON, DOUGLAS J. and KAREN J.,              )
                                                   )
11         Debtors.                                )
                                                   )
12 _____         )
                                                   )
13 DOUGLAS J. SIMONSON AND KAREN J.                )
   SIMONSON AND NETWORK BUILDERS,                  )
14 LLC                                             )   District Court Case No. C06-1326JCC
                                                   )
15         Appellants,                             )   Bankruptcy Appeal No. 06-S024
                                                   )
16 vs.                                             )   Bankruptcy No.   04-15846
                                                   )
17 McCARTY, MICHAEL B., solely in his              )   RESPONSE TO COURTS ORDER TO
   capacity as Chapter 7 Trustee for the           )   SHOW CAUSE
18 Bankruptcy Estate of Douglas J. and Karen J.    )
   Simonson,                                       )
19                                                 )
                                                   )
20         Appellee.                               )
                                                   )
21                                                 )

Response to Show Cause Order

**LAW OFFICE OF GREGORY P. CAVAGNARO**
2155 – 112TH AVENUE NE
BELLEVUE, WA 98004
♦ TELEPHONE (425) 637-2609 ♦

Comes Now the Appellants and responds to this Courts Order to Show Cause in the above captioned matter. The undersigned counsel has filed a Motion to withdraw as counsel in the Appellants Bankruptcy proceedings which is presently scheduled for March 16, 2007. Because the Appellants have been looking for new counsel to represent them in the Bankruptcy proceedings and in this Appeal, the undersigned counsel is not inclined to move to dismiss or otherwise take action with respect to this Appeal. The Appellants request a modest amount of additional time to determine their best course of action with respect to this Appeal and to determine if they will hire substitute counsel to move forward with this matter. In the event that no new counsel is retained by the Appellants by February 27, 2007 the undersigned counsel will file a motion to withdraw from this matter.

DATED this 21th day of February, 2007.

LAW OFFICE OF GREGORY P. CAVAGNARO

/s/ Gregory P. Cavagnaro
Gregory P. Cavagnaro, WSBA No. 17644
Counsel for Defendants