UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS J. SIMONSON and KAREN J. SIMONSON,<br><br>               Appellants,<br><br>    v.<br><br>MICHAEL McCARTY, et al.,<br><br>               Appellees. | CASE NO. C06-1326-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Appellants' Show Cause Response (Dkt. No. 11), the Court hereby EXTENDS the show cause deadline to March 9, 2007.

DATED this 22nd day of February, 2007.

                                                 BRUCE RIFKIN, Clerk of Court

                                               By  */s/ C. Ledesma*
                                                       Deputy Clerk

MINUTE ORDER – 1